THE OFFICE OF THE
CLERK OF THE U.S. DISTRICT COURT
105 U.S. COURTHOUSE
46 EAST OHIO STREET
INDIANAPOLIS, INDIANA 46204

OFFICIAL BUSINESS

NIXIE  462255224-1N  01/25/17
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
RETURN TO SENDER

Shawn Williams
501 Madison Avenue, Unit 305
Indianapolis, IN 46225

Return to Sender
— Not residence anymore

RECEIVED
JAN 30 2017
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA